UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :

                               :           NO. _____2:11-MJ-8143_____

        V.                                :

                               :           NOTICE OF ATTORNEY APPEARANCE

EDWARD DESEAR                      :

                               :

SIR:

YOU   ARE   HEREBY   NOTIFIED   THAT   I   APPEAR   FOR

_____EDWARD DESEAR_____ ,   THE   DEFENDANT IN   THE   ABOVE-ENTITLED   MATTER.

DATE:_____7/14/2011_____

SIGNATURE:_~~Joe Michel Vazay~~_____

NAME:___JOHN MICHAEL VAZQUEZ_____
                   (Please Print)

FIRM NAME:___Critchley, Kinum + Vazquez___

ADDRESS:___75 Livingston Ave___

_____Roseland  NJ_____

TELEPHONE NUMBER:___973-422-9200___