UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Madeline Cox Arleo

         v.              :     Criminal No. 11-8143 (MCA)

EDWARD DE SEAR              :     <u>CONSENT ORDER MODIFYING BAIL</u>

This matter having come before the Court on the application
of Paul J. Fishman, United States Attorney for the District of
New Jersey (Shirley Emehelu, Assistant U.S. Attorney, appearing),
and by defendant Edward De Sear, (John Vazquez, Esq., appearing),
for an order modifying defendant Edward De Sear's bail
conditions, and defendant Edward De Sear having appeared before
the Honorable Madeline Cox Arleo, United States Magistrate Judge,
on July 14, 2011, who set bail with the following terms and
conditions: that defendant Edward De Sear post a $250,000 bond
secured by his home and co-signed by defendant Edward De Sear's
wife, who was also appointed as a third party custodian; that
defendant Edward De Sear surrender all travel documents; that
defendant Edward De Sear restrict his travel to New Jersey; that
defendant Edward De Sear be supervised by Pretrial Services for
the District of New Jersey; that defendant Edward De Sear refrain
from possessing any firearm, destructive device, or other
dangerous weapons; that defendant Edward De Sear participate in
mental health treatment as directed by Pretrial Services; that
defendant Edward De Sear maintain his current residence; that
defendant Edward De Sear have no contact with minors; that

defendant Edward De Sear participate in a home confinement program and abide by all the requirements of the program which does include electronic monitoring; that any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services

WHEREFORE, IT IS on this 21 day of October 2011,

ORDERED that defendant Edward De Sear's conditions of bail are modified as follows:

The condition imposing electronic monitoring is modified to include Home Detention with Active GPS.

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge