AO 92 (Rev. 6/83)

**COMMITMENT**

# United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA V. **EDWARD DESEAR** | DISTRICT: New Jersey<br>DOCKET NO.<br>MAGISTRATE CASE NO. **2:12-CR-553** |

The above named defendant was arrested upon the complaint of

charging a violation of **18 USC § 2251 and 2252**

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| New Jersey | |

**DESCRIPTION OF CHARGES:**

ADVERTISING, DISTRIBUTION, and POSSESSION OF CHILD PORNOGRAPHY

**BOND IS FIXED AT**
$   Detained

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

_8/23/2012_     _[signature]_
Date                United States Judge or Magistrate

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |