AO442 (Rev. 3/17) Warrant for Arrest

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

EDWARD M. DE SEAR

WARRANT FOR ARREST

Case Number: 12-533 (WJM)

ORIGINAL FILED
AUG 21 2012
MADELINE COX ARLEO
U.S. MAG. JUDGE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDWARD M. DE SEAR__

and bring him or her forthwith to the nearest magistrate to answer a(n)

__X__ Indictment __ Information __ Complaint __ Order of Court __ Violation Notice __ Probation Violation Petition

charging him or her with advertising, distributing, and possessing child pornography.

2012 OCT 17 PM 3 30
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

in violation of Title __18__, United States Code, Sections __2251(d)(1)(A), 2252A(a)(2)(A), 2252A(a)(5)(B), and 2__

__Hon. Madeline Cox Arleo__
Name of Issuing Officer

*Madeline Cox Arleo*
Signature of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

__August 21, 2012, Newark, NJ__
Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Arrested FBI |

| Date Received 8/21/12 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 8/23/12 | | |