UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | : | Crim. No. 12-553 (WJM) |
| EDWARD M. DE SEAR | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Shirley U. Emehelu and Leslie Schwartz, Assistant U.S. Attorneys, appearing), and defendant Edward M. De Sear (John Vazquez, Esq. and Michael Critchley, Sr., Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

to negotiate a plea agreement, which would render trial of this matter unnecessary;

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this            day of February, 2013,

ORDERED that this action be, and hereby is, continued until April 29, 2013; and it is further

ORDERED that pretrial motions must be filed on or before April 8, 2013; and it is further

ORDERED that opposition is due on or before April 18, 2013; and it is further

ORDERED that oral argument, if necessary, for any pretrial motions is set for April 24, 2013 at 10:00 a.m.; and it is further

ORDERED that trial in this matter is set for April 29, 2013; and it is further

ORDERED that the period from the date of this order through April 29, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM J. MARTINI
United States District Judge

-2-

Form and entry
consented to:

_[signature]_
SHIRLEY U. EMEHELU
LESLIE SCHWARTZ
Assistant U.S. Attorneys

_[signature]_
JOHN VAZQUEZ, ESQ.
MICHAEL CRITCHLEY, SR., ESQ.
Counsel for defendant Edward M. De Sear