UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 2:12-cr-553-01 |
| | : | |
| v. | : | |
| | : | |
| EUGENE DESEAR, | : | |
| | : | |
| Defendant | : | |

**ORDER PERMITTING DEPOSIT OF FUNDS PRIOR TO SENTENCING**

This matter having come before the Court upon its own motion and due consideration, and with consent of both counsel for the United States of America and for the Defendant, Eugene DeSear,

**IT IS**, on this 19th day of December, 2013,

**ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby authorized to deposit monies from or on behalf of the Defendant, Eugene DeSear, into the Court's registry, pending further order this case.

_____
WILLIAM J. MARTINI, U.S.D.J.

2013 DEC 19 P 12: 55
DISTRICT COURT