# CRITCHLEY, KINUM & VAZQUEZ, LLC
ATTORNEYS AT LAW
75 LIVINGSTON AVENUE
ROSELAND, NEW JERSEY 07068

MICHAEL CRITCHLEY
MICHAEL CRITCHLEY, JR.
CHRISTOPHER W. KINUM
JOHN MICHAEL VAZQUEZ

EDMUND DENOIA
CHRISTOPHER L. FOX

(973) 422-9200

FAX: (973) 422-9700
web site: www.critchleylaw.com

December 19, 2013

<u>By hand-delivery</u>
William T. Walsh, Clerk
U.S. District Court
M.L. King, Jr., Fed. Bldg.
50 Walnut Street
Newark, NJ 07101

Re:   United States v. Edward De Sear
      Crim. No. 12-553

Dear Mr. Walsh:

    We represent defendant Edward De Sear in the above matter. Today, Mr. De Sear pled guilty and was sentenced by the Honorable William Martini, U.S.D.J. Pursuant to the plea agreement in this case, as well as the Court's order, enclosed please find a check in the amount $1,100,000 payable to the U.S. Treasury. The monies are to be used for restitution for a victim in this matter. The monies should be distributed to:

D.N.
c/o Andrew Ritholz, Esq.
Law Offices of Andrew Ritholz, Inc.
3452 East Foothill Blvd., Suite 740
Pasadena, CA 91107

    Thank you for your attention to this matter. If you have any additional questions, please contact us.

                                                           Respectfully submitted,

                                                           John Michael Vazquez

encl.
cc:   Shirley Emehelu, AUSA (by email)
      Leslie Schwartz, AUSA (by email)
      Donald Martenz, Sr. U.S. Prob. Officer (by email)
      Andrew Ritholz, Esq. (by email)