```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                         Date: 12/19/13

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail A. Hansen

Court Reporter: Walter Perelli

Other:                                         Docket #:2:12-553-01

Title of Case:

**UNITED STATES**
    v.
Edward M. DeSear


Appearances:

AUSA Shirley U. Emehelu & Leslie Schwartz
John M. Vazquez & Michael Critchley, Counsel for Defendant


NATURE OF PROCEEDINGS: **PLEA TO SUPERSEDING INFORMATION**


Defendant sworn
Waiver of Indictment, fld.
Superseding Information fld.
Plea: Guilty to Counts 1-5 of the Superseding Information
Rule 11 form, fld.
Plea agreement, fld.
                      **SENTENCE**
Imprisonment: 210 months on each of Counts 1-5 all such terms to run concurrent with each other
Supervised Release: Life
Special Conditions:
1. Participate in alcohol/drug testing and treatment
2. Shall not possess, procure, purchase or otherwise obtain aces to any form of computer, network, bulletin board, Internet, etc
3. Participate in computer monitoring
4. Undergo mental health treatment
5. Restricted from contact with minors
6. Prohibited from incurring any new debt
7. Submit to an initial polygraph examination
8. Register with the state sex offender agency

```
Restitution: $1,200,000
Fine: $25,000 ($9,000 on Count 1; $4,000 on each of Counts 2-5)
due within 15 days of sentencing
Special Assessment: $500 due immediately
Ordered defendant remanded.
Ordered Indictment 12-553 is hereby dismissed



Time commenced: 10:30 a.m.
Time adjourned: 11:30 a.m.
  Total Time :   60 minutes
```

                                                        Gail A. Hansen, Deputy Clerk