

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

March 17, 2014

Michael Dixon
Clerk's Office
United States District Court
Martin Luther King Jr.
 Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   U.S. v. Edward DeSear, Mag. No. 11-8143 (MCA); Cr. No. 12-553 (WJM)

Dear Mr. Dixon

Please be advised that the above matter has been completed as to defendant
Edward DeSear.  Kindly cancel the Court's Recognizance No. NEW3765, filed
July 14, 2011, in the amount of $250,000, as soon as possible.

Thank you.

Very truly yours,

PAUL J. FISHMAN
United States Attorney

By: SHIRLEY U. EMEHELU
Assistant U.S. Attorney