PAUL J. FISHMAN
UNITED STATES ATTORNEY
LEAH A. BYNON
ASSISTANT U.S. ATTORNEY
970 BROAD STREET, ROOM 701
NEWARK, NEW JERSEY   07102
(973) 645-2736
LAB0321
FLU:KCPB

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. William J. Martini |
| *PLAINTIFF,* | : | Criminal No. 12-553 |
| v. | : | SATISFACTION OF JUDGMENT |
| EDWARD DESEAR, | : | |
| *DEFENDANT.* | : | (Document filed electronically) |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, EDWARD DESEAR.

                                        PAUL J. FISHMAN
                                        UNITED STATES ATTORNEY

                                        S/LEAH A. FARRELL
By:   _____
                                        LEAH A. FARRELL
                                        ASSISTANT U.S. ATTORNEY