2011R00373/SUE/BAW/sc

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini, U.S.D.J. |
| v. | : | Crim. No. 12-553 (WJM) |
| EDWARD M. DE SEAR, | : | <u>AFFIRMATION OF PUBLICATION</u> |
| Defendant. | : | |

I, BARBARA A. WARD, pursuant to Title 28, United States Code, Section 1746, hereby affirm under the penalty of perjury:

That I am an Assistant United States Attorney in the Office of the United States Attorney for the District of New Jersey, and

That attached to this affirmation are the following:

(1) A true and correct copy of a Notice of Forfeiture of certain property in this action, to wit, the property listed in the Preliminary Order of Forfeiture (Final as to the Defendant) filed February 4, 2014 (Attachment 1), and

(2) An Advertisement Certification Report generated by the Consolidated Asset Tracking System maintained by the Department of Justice, which indicates that the aforementioned Notice was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on September 21, 2014, and ending on October 20, 2014, as

-2-

required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions (Attachment 2).

Dated: Newark, New Jersey
       March 30, 2015

                                        *s/Barbara A. Ward*
                                        BARBARA A. WARD
                                        Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY, CRIMINAL DIVISION
COURT CASE NUMBER: 12-00553; NOTICE OF FORFEITURE

Notice is hereby given that on February 04, 2014, in the case of <u>U.S. v. Edward M. DeSear</u>, Court Case Number 12-00553, the United States District Court for the District of New Jersey entered an Order condemning and forfeiting the following property to the United States of America:

All of defendant's right, title, and interest in all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, and 2260 that were produced, transported, shipped, distributed or received in violation of such sections; all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in the Information; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses charged in the Information, and all property traceable to such property, including the following computer and computer accessories(11-FBI-005927), which were seized from the defendant's residence in Saddle River, New Jersey on or about July 14, 2011, or were surrendered by the defendant to the government in Newark, New Jersey on or about December 19, 2013:

(a) one black Sony Vaio laptop, Model PCG-652L, bearing serial number J002M1GN, with power cord;

(b) one blue 30MB USB drive with key ring;

(c) one Maxtor External Hard Drive, Model Maxtor One Touch III Mini, bearing serial number 2CAS07GD;

(d) one Casio Exilm Digital Camera EX-2600, 6 Mega Pixel #1730825A, with docking station and power cord;

(e) one CD with a yellow post-it note reading "De Sear [H.C.]/[C.C.] Aug. 2010";

(f) one Giga Ware DVD with black lettering, "The Bike Shopper Menu Disc";

(g) one Memorex DVD with a yellow post-it note reading, "[A.O.C.]"; and

(h) one white Kingston Data Traveler 16GB thumb drive, bearing serial number CH4149736.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (September 21, 2014) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition

ATTACHMENT 1

must be filed with the Clerk of the Court, Martin Luther King Federal Building & U.S. Courthouse, 50 Walnut Street, Room 4105, Newark, NJ  07101-0419, and a copy served upon Assistant United States Attorney Barbara A. Ward, 970 Broad Street,, Suite 700, Newark, NJ  07102. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

      Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between September 21, 2014 and October 20, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Edward M. DeSear

**Court Case No:** 12-00553
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 09/21/2014 | 24.0 | Verified |
| 2 | 09/22/2014 | 23.9 | Verified |
| 3 | 09/23/2014 | 24.0 | Verified |
| 4 | 09/24/2014 | 24.0 | Verified |
| 5 | 09/25/2014 | 24.0 | Verified |
| 6 | 09/26/2014 | 23.6 | Verified |
| 7 | 09/27/2014 | 24.0 | Verified |
| 8 | 09/28/2014 | 24.0 | Verified |
| 9 | 09/29/2014 | 24.0 | Verified |
| 10 | 09/30/2014 | 23.8 | Verified |
| 11 | 10/01/2014 | 24.0 | Verified |
| 12 | 10/02/2014 | 24.0 | Verified |
| 13 | 10/03/2014 | 24.0 | Verified |
| 14 | 10/04/2014 | 24.0 | Verified |
| 15 | 10/05/2014 | 24.0 | Verified |
| 16 | 10/06/2014 | 23.9 | Verified |
| 17 | 10/07/2014 | 24.0 | Verified |
| 18 | 10/08/2014 | 24.0 | Verified |
| 19 | 10/09/2014 | 24.0 | Verified |
| 20 | 10/10/2014 | 24.0 | Verified |
| 21 | 10/11/2014 | 24.0 | Verified |
| 22 | 10/12/2014 | 24.0 | Verified |
| 23 | 10/13/2014 | 24.0 | Verified |
| 24 | 10/14/2014 | 24.0 | Verified |
| 25 | 10/15/2014 | 24.0 | Verified |
| 26 | 10/16/2014 | 24.0 | Verified |
| 27 | 10/17/2014 | 24.0 | Verified |
| 28 | 10/18/2014 | 24.0 | Verified |
| 29 | 10/19/2014 | 24.0 | Verified |
| 30 | 10/20/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

**ATTACHMENT 2**