

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*   *973-645-2700*
*Newark, New Jersey 07102*

April 28, 2015

**Electronically Filed**

Honorable William J. Martini
United States District Judge
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

    Re:  <u>United States v. Edward M. DeSear, Crim. No. 12-553 (WJM)</u>

Your Honor:

    Enclosed for your consideration is a proposed Final Order of Forfeiture as to the defendant Edward DeSear.  John Michael Vasquez, counsel for the defendant, consents to the form and entry of the proposed Order.  The Government respectfully requests the Court's endorsement.

    Respectfully submitted,

    PAUL J. FISHMAN
    United States Attorney


    *s/Barbara A. Ward*
    By: BARBARA A. WARD
    Assistant United States Attorney

Enclosure
cc w/enc (by ECF):
   John Michael Vazquez, Esq.
   Counsel for Defendant Edward DeSear